UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14155-CIV-MARTINEZ-MAYNARD

UNITED STATES OF AMERICA,

 Petitioner,

vs.

MICHAEL KRASKA,

 Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on the Government's Petition to Enforce Internal Revenue Service Summons ("Petition"). (ECF No. 1). Judge Maynard filed an R&R recommending that the Petition be granted. (ECF No. 10). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED and ADJUDGED** that:

1. Judge Maynard's R&R, (ECF No. 10), is **AFFIRMED** and **ADOPTED**.
2. The Government's Petition to Enforce IRS Summons, (ECF No. 1), is **GRANTED**. Respondent Michael Kraska is **ORDERED** to respond to the August 9, 2022, IRS Summons **within twenty (20) days from the date of this Order** by appearing before a representative of the IRS within that time period and giving testimony and producing for examination certain books, papers, records, or other data as required by the IRS Summons.
3. Respondent's failure to comply with any portion of this Order may subject him to

contempt or other appropriate sanctions, up to and including incarceration.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this \_11\_ day of December, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Michael Kraska, *pro se*